945 P.2d 312

CASSANDRA S., Appellant,

v.

ARIZONA DEPARTMENT OF ECO-NOMIC SECURITY and Edward S. and Leticia S., minors, Appellees.

No. CV–97–0239–PR.

Supreme Court of Arizona.

July 23, 1997.

### ORDER

The Court permitted Appellant Cassandra S. to file a delayed Petition for Review pursuant to this Court's Order dated June 10, 1997, which directed that the delayed petition be filed by July 10, 1997. No Petition for Review having been filed pursuant to this Court's Order,

IT IS ORDERED that this matter is dismissed.

/s/ Thomas A. Zlaket
THOMAS A. ZLAKET